MEYER BROTHERS DRUG COMPANY, Respondent, *v.*
EDWARD P. MCKINNEY et al., Appellants.

*Meyer Brothers Drug Co.* v. *McKinney*, 137 App. Div. 541,
affirmed.
(Argued June 12, 1911; decided October 3, 1911.)

APPEAL from a judgment of the Appellate Division of
the Supreme Court in the third judicial department,
entered March 17, 1910, affirming a judgment in favor
of plaintiff entered upon a decision of the court at a Trial
Term without a jury in an action to recover for an
alleged breach of contract.

*William Nottingham* and *Theodore R. Tuthill* for
appellants.

*Israel T. Deyo* for respondent.

Judgment affirmed, with costs; no opinion.
Concur: CULLEN, Ch. J., GRAY, VANN, WERNER,
WILLARD BARTLETT, HISCOCK and CHASE, JJ.